

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00159-CV

| | | |
|---|---|---|
| MARIA ELVA SAULS, Appellant | § | On Appeal from the 360th District Court |
| V. | § | of Tarrant County (360-724625-22) |
| | § | January 25, 2024 |
| MICHAEL WAYNE SAULS, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court for further enforcement proceedings consistent with this opinion.

It is further ordered that Michael Wayne Sauls shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth